AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the District of
New Jersey

DARRYL MOODY, ACTING PRO-SE
*Petitioner*

v.                                    Case No. _____
                                      *(Supplied by Clerk of Court)*

WARDEN, DAVID E. ORTIZ
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

RECEIVED JUN -1 2021 AT 8:30 WILLIAM T. WALSH CLERK

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: DARRYL MOODY
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: FEDERAL CORRECTIONAL INSTITUTION, FORT DIX
   (b) Address: P.O. BOX 2000, JOINT BASE MDL, NJ 08640.

   (c) Your identification number: 72069-066
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA, 601 MARKET STREET, ROOM #2609, PHILADELPHIA, PA 19106
   (b) Docket number of criminal case: DPAE2: 15CR000191-001
   (c) Date of sentencing: OCTOBER 16TH, 2017
   ☐ Being held on an immigration charge
   ☒ Other *(explain):* VIOLATION OF TITLE 21:860 POSSESSION WITH INTENT TO DISTRIBUTE 280 GRAMS OR MORE OF COCAINE BASE ("CRACK") WITHIN 1000 FEET OF A SCHOOL (CT-2) & TITLE 18:922 (G); POSSESSION OF A FIREARM BY A CONVICTED FELON (CT-4)

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

MOODY, DARRYL 72069066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: I AM REQUESTING GOOD TIME CREDITS PURSUANT TO THE GOODMAN V. ORTIZ CASE NO.#2020-CV-07582 DATED 11/22/2020.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: FCI FORT DIX, P.O. BOX 2000, JOINT BASE MDL, NJ 08640 CASE MANAGER J. BAZYDLO.
   (b) Docket number, case number, or opinion number: N/A
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: A DENIAL FROM MY CASE MANAGER FOR RECEIVING GOOD TIME CREDITS IN WHICH HE RESPONDED THAT THE STATUTE GIVES THE BUREAU OF PRISONS 2 YEARS TO APPLY THE CREDITS TO MY SENTENCING COMPUTATION. THEREFORE MY REQUEST IS NOT ELIGIBLE TO BE REVIEWED AT THIS TIME.
   (d) Date of the decision or action: MAY 18TH, 2021

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: I DID NOT BELIEVE THAT I WOULD HAVE RECEIVED A DIFFERENT RESPONSE FROM THE WARDEN OR THE DIRECTOR OF THE BUREAU OF PRISONS IN THE REGION.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

MOODY, DARRYL 72069066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court? N/A
    ☐ Yes          ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes          ☒ No

    If "Yes," answer the following:
    (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes          ☒ No

MOODY, DARRYL 72069066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I AM ONLY REQUESTING FOR GOOD TIME CREDITS APPLICABLE TO MY SENTENCE THEREFORE, 28 U.S.C. § 2241 IS THE CORRECT VENUE TO OBTAIN MY REMEDY REQUESTED.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings? N/A
☐ Yes   ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

MOODY, DARRYL 72069066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

MOODY, DARRYL 72069066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** PURSUANT TO TITLE 18 U.S.C. § 3632(d)(4) AND THE GOODMAN V. DAVID ORTIZ CASE NO.#2020-CV-07582 DATED 11/22/202 I AM ENTITLED TO GOOD TIME CREDITS FOR THE EBRRT UNDER THE FIRST STEP ACT "EVIDENCE-BASED RECIDIVISM REDUCTION TRAINING".

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE FIRST STEP ACT OFFERED PRISONERS A OPPORTUNITY TO EARN CREDIT TOWARDS THEIR SENTENCE. IN PARTICULAR THE TYPE AND AMOUNT OF EVIDENCE-BASED RECIDIVISM REDUCTION PROGRAMMING THAT IS APPROPRIATE FOR EACH PRISONER AND ASSIGN EACH PRISONER TO SUCH PROGAMMING SE "18 U.S.C.A. § 3632(a)(3). IN WHICH I HAVE NOT YET RECEIVED UPON COMPLETION ON THOSE APPORPRIATE PROGRAMS.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND TWO:** I AM ENTITLED TO EARN GOOD TIME CREDITS FOR PARTICIPATION AND COMPLETION OF THE FOLLOWING EBRR PROGRAMS.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I HAVE PARTICIPATED AND COMPLETED AND CURRENTLY ENROLLED IN THE FOLLOWING PROGRAMS: SMALL BUSINESS MGMT DATED 06-18-2019 TO 08-27-2019; BUSINESS MATH DATED 10-13-2019 TO 01-06-2020; TECHNICAL MATH DATED 10-05-2019 TO 01-06-2020; MY CURRENT JOB ASSIGNMENT AS A BARBER DATED 06-10-2019 TO CURRENT. EQUALING A TOTAL OF 1006 DAYS GCT OWE TO MY PERSON.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

MOODY, DARRYL 72069066

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I DID NOT BELIEVE THAT I WOULD HAVE OBTAINED A DIFFERENT RESPONSE FROM THAT OF THE WARDEN OR THE DIRECTOR OF THE BUREAU OF PRISONS IN THIS REGION.

**Request for Relief**

15. State exactly what you want the court to do: I WOULD LIKE FOR THE COURT TO ORDER THE BOP TO IMMEDIATELY APPLY THE EARNED TIME CREDIT 1,006 DAYS OR WHATEVER AMOUNT DEEMED NECESSARY TO MY COMPUTATION DATA SHEET.

MOODY, DARRYL 72069066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
I PLACED THIS § 2241 IN THE FCI FORT DIX PRISON MAIL BOX ON THE 24TH DAY OF MAY, 2021.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: MAY 24th, 2021

_____
Signature of Petitioner

DARRYL MOODY, ACTING PRO-SE
Signature of Attorney or other authorized person, if any

MOODY, DARRYL 72069066

BP-S148.055
SEP 98
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Case Manager Mr. B | May 18th, 2021 |
| FROM: DARRYL MOODY | REGISTER NO.: 72069-066 |
| WORK ASSIGNMENT: BARBER | UNIT: 5802 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. I will like to have my earned time credits given to me in accordance with the First Step Act and pursuant to the recent case in the United States District Court, District of New Jersey Goodman v. Ortiz 2020 US Dist LEXIS 153824 DNJ, Aug. 25 2020 please inform me of any necessary steps that I have to take to follow the proper procedures.

(Do not write below this line)

DISPOSITION:

You are not eligible to be reviewed at this time.

| Signature Staff Member | Date |
| --- | --- |
| [signature] | 5-18-2021 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

```
 FTDC9         *          INMATE EDUCATION DATA      *     05-21-2021
PAGE 001 OF 001 *              TRANSCRIPT             *     10:34:37

REGISTER NO: 72069-066    NAME..: MOODY              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FTD-FORT DIX FCI

-------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION             START DATE/TIME STOP DATE/TIME
FTD  ESL HAS   ENGLISH PROFICIENT       12-21-2017 0909 CURRENT
FTD  GED HAS   COMPLETED GED OR HS DIPLOMA  02-08-2018 1159 CURRENT

--------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
FTD GP     CROCHET 1 - WEST            05-12-2021  CURRENT
FTD GP     TECHNICAL MATH - WEST       10-05-2019  01-06-2020  P  C  P   24
FTD GP     BUSINESS MATH-WEST          10-13-2019  01-06-2020  P  C  P   24
FTD GP     SMALL BUSINESS MGMT - WEST  06-18-2019  08-27-2019  P  C  P   24
BER        RESTAURANT MANAGEMENT       06-04-2018  06-04-2018  P  C  P   12
BER        INTRODUCTION TO FRENCH      03-21-2018  03-21-2018  P  C  P    8
PHL M      BETTER BUSINESS WRITING     05-21-2017  06-02-2017  P  C  P   15
PHL M      BUSINESS ETIQUETT & PROFESSION 10-11-2016 10-13-2016 P C P   15
PHL M      THINKING ON YOUR FEET       09-02-2016  09-06-2016  P  C  P   15
PHL M      ACCOUNTING                  08-03-2016  08-08-2016  P  C  P   15
PHL M      FORECASTING MASTER SCHEDULING 07-07-2016 07-11-2016 P  C  P   15
PHL M      UNDERSTAND FINANCIAL STATEMENT 06-02-2016 06-06-2016 P C P   15
PHL M      POSITIVE CHILD DISCIPLINE   05-25-2016  05-25-2016  P  C  P    1
PHL M      PARENTAL REUNIFICATION PLAN 04-27-2016  04-27-2016  P  C  P    1
PHL M      SPECIAL ISSUES              04-27-2016  04-27-2016  P  C  P    1
PHL M      RESPONSIBILITIES OF FATHERHOOD 04-27-2016 04-27-2016 P C P    1
PHL M      BETTER BUSINESS WRITING     04-13-2016  04-15-2016  P  C  P   15
PHL M      CHILD DEVELOPENT            04-14-2016  04-14-2016  P  C  P    1
PHL M      BEING RESPONSIBLE FATHER    04-12-2016  04-12-2016  P  C  P    1
PHL M      TEETH WELLNESS CLASS        09-20-2015  09-20-2015  P  C  P    1
PHL M      CARPAL TUNNEL SYNDROME      08-15-2015  08-15-2015  P  C  P    1




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
FTDC9   531.01 *              INMATE HISTORY              *      05-21-2021
PAGE 001 OF 001 *                PT OTHER                 *      10:35:36

 REG NO..: 72069-066 NAME....: MOODY, DARRYL
 CATEGORY: PTO         FUNCTION: PRT        FORMAT:

FCL     ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
FTD     ANG M WAIT ANGER MANAGEMENT CBT WAIT    06-18-2020 1438 CURRENT
FTD     NA WAIT    NARCOTICS ANONYMOUS WAIT     03-19-2020 1023 CURRENT




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
  FTDC9   531.01 *              INMATE HISTORY              *      05-21-2021
PAGE 001 OF 001 *                WRK DETAIL                 *      10:38:40

 REG NO..: 72069-066 NAME....: MOODY, DARRYL
 CATEGORY: WRK        FUNCTION: PRT          FORMAT:

FCL     ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
FTD     BARBER W   BARBER SHOP WEST             06-10-2019 0001 CURRENT
FTD     UNASSG WES UNASSIGNED - FCI WEST        10-11-2018 0001 06-10-2019 0001
FTD     FPI CS-2   FPI                          08-02-2018 0928 10-11-2018 0001
FTD     UNASSG WES UNASSIGNED - FCI WEST        08-01-2018 1419 08-02-2018 0928
FTD     GM 1 EAST  MAINTENANCE MECHANIC         07-30-2018 0001 08-01-2018 1419
FTD     A&O CMP E  A&O COMPLT-PND WRK ASSIGN EAST 07-18-2018 0800 07-30-2018 0001
FTD     A&O WEST   ADMISSION & ORIENTATION - WEST 07-17-2018 1436 07-18-2018 0800
BRO     UNASSG     UNASSIGNED WORK ASSIGNMENT   07-13-2018 1716 07-17-2018 1315
DEV     SHU UNASSG SHU UNASSIGNED               07-12-2018 0941 07-13-2018 0814
BER     ELECTRIC 1 ELECTRIC 1                   01-29-2018 0001 07-12-2018 0429
BER     UNASSG     UNASSIGNED                   12-14-2017 1713 01-29-2018 0001
BRO     UNASSG     UNASSIGNED WORK ASSIGNMENT   12-05-2017 1115 12-14-2017 0524
PHL     5N UNASSG  5N UNASSIGNED INMATE         10-19-2017 0837 12-05-2017 0758
PHL     5N UNASSG  5N UNASSIGNED INMATE         05-08-2015 1430 10-19-2017 0838




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```